UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

JOHN C. LEWIS, )
)
Plaintiff, )
)
v. ) Civil Action No. 8:05CV309
)
MIKE LEAVITT, AS SECRETARY OF )
THE U.S. DEPARTMENT OF HEALTH )
AND HUMAN SERVICES, )
)
Defendants. )

## ORDER FOR DISMISSAL

THIS MATTER having come before the Court upon the Motion of Plaintiff for an order dismissing the above-captioned action, with prejudice to refiling, for the reason that the parties have fully compromised and resolved all issues relating to the above-captioned litigation, and the Court, being fully advised in the premises, finds that such order should issue.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that the above-captioned action be and hereby is dismissed with prejudice to refiling, each party to pay their own costs.

Complete record waived.

BY THE COURT:

_____
~~Federal District Court Judge~~
U. S. Magistrate Judge

PREPARED AND SUBMITTED BY:
Andrew W. Simpson, #22973
JEFFREY B. FARNHAM, P.C., L.L.O.
220 North 89th Street, Suite 201
Omaha, Nebraska 68114
(402) 393-2555

**RECEIVED**

JUL 21 2005

CLERK
U.S. DISTRICT COURT
OMAHA